## BALLANCE v. N.C. COASTAL RESOURCES COMM.

No. 019P93

Case below: 108 N.C.App. 288
                  333 N.C. 536

Petition by defendant for reconsideration of petition for discretionary review dismissed 3 June 1993.

## BOWSER v. WILLIAMS

No. 425PA92

Case below: 333 N.C. 343
                  108 N.C.App. 8

Motion by Horace Mann Insurance Co. to dismiss appeal allowed 27 May 1993. Motion by Continental Insurance Company to withdraw appeal allowed 27 May 1993. Motion by plaintiff to dismiss appeal allowed 27 May 1993.

## BOYD v. BOYD

No. 155P93

Case below: 109 N.C.App. 313

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 3 June 1993.

## BOYD v. NATIONWIDE MUTUAL INS. CO.

No. 39PA93

Case below: 108 N.C.App. 536

Petition by defendant (Nationwide Mutual Insurance Company) to withdraw petition for discretionary review allowed 3 June 1993.

## CAPITAL OUTDOOR ADVERTISING v. CITY OF RALEIGH

No. 136PA93

Case below: 109 N.C.App. 399

Motion by plaintiffs to dismiss appeal for lack of substantial constitutional question denied 3 June 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 June 1993.